IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAKIM NASEER,

    Plaintiff,

v.

Case No. 17-cv-509-jdp

NURSE MCARDLE, NURSE WATERMAN,
NURSE EDGE, LORI ALSUM, ICE PAYNE,
CINDY O'DONNELL, NURSE BETHEL,
AND MS. NEUROTH,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 4/2/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |